IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0277
 ((((((((((((((((

 In Re Worth Ross, Receiver For Statepark Building Group, Ltd., The
 Colonnade At Turtle Creek, L.P., Statepark Colleyville, Ltd.,
 Blackburn/Travis/Cole, Ltd., And Portobello, Ltd.,

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of StatePark Building
Group, Ltd., StatePark Colleyville, Ltd., Blackburn/Travis/Cole, Ltd.,
Portobello Ltd., and Colonnade on Turtle Creek, L.P., filed with this Court
on April 8, 2004, this case is ABATED. Tex. R. App. P. 8.2.
 2. This case is removed from the Court's active docket and shall be
treated as closed, subject to reinstatement upon proper motion. Tex. R.
App. P. 8.3. All motions and other documents pending or filed are abated
subject to being reargued in the event the case is reinstated. Tex. R. App.
P. 8.2 and 8.3. It is the parties' responsibility to immediately notify
this Court once the automatic bankruptcy stay is lifted.
 Done at the City of Austin, this 12th day of April 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk